IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA CULP, #264 456, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:09-cv-706-ID |
| ) | |
| ) | |
| CYNTHIA S. WHEELER-WHITE, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 15) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and the petition for habeas corpus relief is DENIED and DISMISSED with prejudice.

A separate judgment shall issue.

Done this 1st day of June, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE